MIED (Rev. 03/11) Prisoner Civil Rights Complaint

16

**Official Use Only**

| Case Number | Judge | Magistrate Judge |
| --- | --- | --- |
| | | |

Case:2:16-cv-11259
Judge: Lawson, David M.
MJ: Grand, David R.
Filed: 04-05-2016 At 02:50 PM
PR GROSS V. MOORE ET AL (NA)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

**Plaintiff's Information**

**Name** Mr. Andrew Gross III

**Prisoner No.** 28240-039

**Place of Confinement** P.O. Box 300 UNITED STATES Penitentiary CANAAN

| Street | City | State | Zip Code |
| --- | --- | --- | --- |
| P.O. Box 300 | WAymart | PA | 18472 |

**Are there additional plaintiffs?** ☐ Yes ☑ No

**If yes,** ***any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide names, prisoner numbers and addresses for all plaintiffs.</u>***

**Defendant's Information**

**Name** Correctional officials: Lt. Mrs. MOORE, Lt. Mrs. Ramey, Bennimen, Lots, Hamblin, Lt. Snyder, UNIT MANAGER Mr. Rearden, UNIT MANAGER Mr. Bill English

**Position** Prison officials.

| Street/P.O. Box | City | State | Zip Code |
| --- | --- | --- | --- |
| P.O. Box 33 | TERRE Haute | IN | 47808 |

**Are you suing this defendant in his/her:** ☑ Personal Capacity ☐ Official Capacity ☑ Both Capacities

**Are you suing more than one defendant?** ☑ Yes ☐ No

**If yes,** ***any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.</u>***

PRISONER CIVIL RIGHTS COMPLAINT

"First Amendment Claims"

"Additional Defendants." Personal Capacity, & Official Capacity

UNIT MANAGER Mr. Billy English (Bureau Prisons employee).

LT. MOORE, (Bureau of Prisons employee)

CASE MANAGER T. Royer (Bureau of Prisons employee)

CASE MANAGER & Counselor Mr. Wassom (Bureau of Prisons employee).

SIS LT. HUTSON (Bureau of Prisons employee).

CASE MANAGER Coordinator (Mr. Sykes, Bureau of Prisons employee).

WARDEN DANIELS (Bureau of Prisons employee).

LT. RAMEY (Bureau of Prisons employee).

Officer Penmen (Bureau of Prisons employee).

Officer LOTS (Bureau of Prisons employee).

Officer Hamblin (Bureau of Prisons employee).

Officer Case Manager Mr. Rearden (Bureau of Prisons employee). /

DEAR MAGISTRATE Judge ALL Employee's ARE Employedd At USP TERRE HAUTE. Therefore I'm requesting that The Court order The U.S. MARSHALL'S To serve ALL The defendants At their Place of employment, and I ASK That The Court order The U.S. MARSHAL'S To transfer me To The Federal deTention Center MILAN OR MCC Chicago Pending The Outcome of This civil suit, Because I am In Fear of the Retailiation AT This USP-CANAAN, BECAUSE, "Mr Rearden who is employed At TERRE HAUTE USP has A Brother NAMED "Mr. Readen who is The AW AT USP-CANAAN, I will suffer Retailiation, AS I HAVE, because, They Took my Phone for 18 months, & 18 months visits & Commasary," I HAVE NO E-MAIL, OR OUTSide Contact with my family and Kids, NOW."

PLEASE SEE: ExhibiTS (A)(B)(C)(D)(E)

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☑ Yes ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| **Docket or Case Number:** | 06-CV-13065. |
| **Name of Court:** | Eastern District of Michigan August 22, 2006 |
| **Parties (Caption or Name of Case):** | Gross v. Evans |
| **Disposition:** | dismissed |

| | |
|---|---|
| **Docket or Case Number:** | 06-CV-12820 |
| **Name of Court:** | EASTERN District of Michigan August 10, 2006 |
| **Parties (Caption or Name of Case):** | Gross v. Bezy. |
| **Disposition:** | dismissed |

| | |
|---|---|
| **Docket or Case Number:** | 02-CV-74850 |
| **Name of Court:** | EASTERN DISTRICT OF MICHIGAN January 7, 2003 |
| **Parties (Caption or Name of Case):** | Gross v. Keeler |
| **Disposition:** | dismissed |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

2:16-cv-11259-DML-DRG Doc # 1 Filed 04/05/16 Pg 4 of 16 Pg ID 4

# I. PREVIOUS LAWSUITS

DOCKET OR CASE NUMBER: 15-cv-11540

NAME OF COURT: EASTERN DISTRICT OF MICHIGAN, June 26, 2015

PARTIES (CAPTION OR NAMES OF CASE) Barbara Lynn McQuade et, al.

DISPOSITION: Still Pending In Sixth Circuit See: Appeal No. 15-2357

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

ON MARCH 28, 2014, I ASKED THAT I BE PLACED INTO Protective Custody, And At 10:00 Am I was given AN Administrative detention order From Lt. Snyder, and SIS Lt. Moore and escorted To The Special Housing Unit by Lt. Ramey, Upon Arriving At the Special Housing Unit, C.O. officers, PENNMEN, officers Lots, and Officer Hamblin, officer Rearden, officer English, Put cuffs on ME From behind, and Forced me, & shoved & Push ME Into CELL ON A-Range with A violent Inmate CRADDOCK, The officers open the door, forced me Into the CELL and The officers Took The Handcuffs of Inmate CRAddock first, and ordered that the door be shut prior To taking the cuffs off me, they walked AWAY From the CELL for About 5 mins. then they came back And they ALL watch Inmate CRAddock beat me, UNTIL I cried out For mercy & HELP with The Cuffs still on Tightly behind my back, officer Rearden, and Officer English is Involved because They Jacked up and Increased my Custody LEvel and Transferred me To A maximum Security Prison where MR Rearden's Brother is The WARDEN, out of Retailiation, "I Am In FEAR of my Life, and Safety AT USP CANAAN." I now later suffer from neck PAIN, Loss of Vision, and a dislocated Left shoulder, and my Left hand shakes, from this Assault.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Lt. Snyder, Lt. Moore, C.O officers, PENNMEN, officer Lots, officer Hamblin violated my fourteenth Amendment Rights when They failed To protect me at the hands hands of another violent Inmate,

C.O. Officer REArden, and Officer English, violated my 1st Amendment Rights When They Increased my Security Custody Level, and Retailiated against me by Transferring ME To Another MAXimum Security Prison where his Brother is An (WARDEN Mr. Rearden AT USP CANAAN,) once These officer Transferred me To USP CANAAN, The Prison CASE MANAgers have Increased my Custody LEVEL again And placed me ON A Two hour WATCH, and Place me on phone restriction for 18 months out of Retailiation" Now I have NO Contact with my Family members & No Email, contact. The Prison CASE MANAGER have Put A Bogus Escape charge In my CENTRAL Files

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

I WANT THE COURT TO ORDER THAT, These Prison CASE MANGERS Lift my Phone Restrictions, And E-mail Restrictions, and remove The Bogus Escape I seek Compensatory and Punitive damages, from The defendants In Their Personal Capacity for the Injuries that I Sustained for the Prison Assault, In The Amount of $500,000 pul plus Attorney FEES, From each defendant.

From my CENTRAL Files and Release me To CCC.
I demand damages In the Sum Said Amount of $250,000 dollars
From EAch NAMED defendant For The ViOLATIon of my 14th Amendment Rights
and I demand damages In the Sum Said Amount OF $250,000.00 dollars
From C.O. Officer Reardin and C.O. Officer English For The Violation of my
1st Amendment Rights, And I demand A TRIAL By Jury!

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on 16th day of March (date). 2016.

Mr. Andrew Gross [illegible]
Signature of Plaintiff

Remedy No.: 777786-F1

FCC Terre Haute, IN

Exhibit (A)

**PART B - RESPONSE**

This is in response to your Administrative Remedy receipted May 2, 2014, in which you claim Special Housing Unit (SHU) staff, placed you in a cell with another inmate while you were restrained in cuffs and watched you get beaten up by the other inmate. As relief, you request a transfer to FCI Milan.

All staff are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Therefore, this matter will be thoroughly reviewed and if it is determined staff acted inappropriately, this issue will be forwarded to the proper investigative authority. However, you will not receive information regarding the outcome of any staff investigation.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

5/13/2014
Date

J. F. Caraway, Complex Warden

REGIONAL ADMINISTRATIVE REMEDY APPEAL BP-10

However, I was shoved & Pushed & Forced In the cell and the officers had taken the handcuffs off Inmate Craddock, and he began to beat and Punch me in the face and I fell out and I screamed for my life as he continued to beat & Punch me in the Face and I fell out, and I screamed for my life as he continued to beat & Punch me on the floor on the right side of my head as I lay helpless while the other officers watch him beat me almost to death for 4 to 5 mins. Now I am suffering Pain In my neck, and Back, and my left hand shakes, and my left eye tweeks and I am experiencing blurred vision In both eyes because of the beating that I suffered, I was Just seen by the eye doctor of 8-25-2014. I am afraid that I may lose my eye sight simply because I was told that it will take the Prison over 3 months to order me glasses, verses letting my family order me some glasses from an out side stroe and mailing them to the prison's Unite manager/ or the Warden.

Dear Regional office /?Why did your BOP staff allow me to get beaten and hurt by that violent inmate when They should have known, that that, same Inmate had beaten at least 7 or 8 other Inmates Prior to me being forced into and Thrown In that cell with him Dear Regional Office Your staff failed to take proper Procedure & responsibility for protecting me from violence at the hands of other prisoners, I want to be Transferred and redesignated to a low prison because I am In fear of my Life on this Prison USP Level I do not consent to be placed are at this USP. Please correct my Custody Points back to the Points that Mrs. Fredrecks had them Prior 11 custody points and transfer me to Milan Low FCI, or prison camp.
I was forced out of protective custody against my own will, and my Phone was taken and Commissary was taken I have not spoke to my mom In over 5 months. I want to be transfered to Camp-I am Out custody!

On This 1st Day of September 2014. Respectfully Submitted

[signature]
Mr. Andrew Gross III
#28240-039
USP Terre Haute
P.O. Box # 33
TERRE HAUTE, Indiana 47808-0033

cc. Charles Samuels
Director of Bureau of Prisons
320 first street NW
Washington, DC 20534

cc. Senator
Carl Levin
269 U.S. Senate
Washington, DC 20510

c.c Regional Director
Federal Bureau of Prisons
400 State Ave Tower II.
Suite 800
Kansas City, Ks 66101

cc. Congressmen
John Conyers
231 W Lafayette Blvd.
Detroit, Michigan 48226

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Gross Andrew III (LAST NAME, FIRST, MIDDLE INITIAL) 28240-039 (REG. NO.) D-2 SHU (UNIT) USP Terre Haute (INSTITUTION)

**Part A—REASON FOR APPEAL** Dear regional office this Remedy Appeal is the Second one that I am mailing in regards to Remedy No. 777786-F1 because I did not get any response from the first one that I mailed to the regional office, I believe that one of the Prisons staff members had taken it from the U.S. Postal mail so that I would not be able to persue my Remedies in regards to my claims However this remedy is in compliance with the adopted regulations that governs administrative appeals and torts/clasims, claims. for inmate complaints 28 C.F.R. § 542.10 On March 28 2014 I asked that I be placed in Protective Custody and I was given an Administrative detention order BP-5308.052 at 10:oo am. and I was escorded to the shu by Lt. Ramey, and staff wittnesss was Lt. Snyder and SIS Lt. Moore,upon arriving at the Special Housing Unit, I was place In a shower cell for 8½ hours without no toliet to use, And Then officer Pennmen, Officer Lots, Officer Hamblin, and Serveral other Unknown officers watch officer Pennmen, Lots, & Hamblin, at the Supervision of Lt. SIS Moore Put Cuffs on me from behind, and they all forced me Into a cell after, I told them that I did not want to be placed In that cell with Inmate Craddock,

See: Attachment sheet

9-1-2014 (DATE) [signature] (SIGNATURE OF REQUESTER)

**Part B—RESPONSE**

Exhibit (A)

DATE ____ REGIONAL DIRECTOR ____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE CASE NUMBER: ____

**Part C—RECEIPT**

CASE NUMBER: ____

Return to: ____ (LAST NAME, FIRST, MIDDLE INITIAL) ____ (REG. NO.) ____ (UNIT) ____ (INSTITUTION)

SUBJECT: ____

BP-230(13)

U.S. Department of Justice

Exhibit (C)

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Gross Andrew III (LAST NAME, FIRST, MIDDLE INITIAL) | 28240-039 (REG. NO.) | SHU-cell110B (UNIT) | Terre Haute USP (INSTITUTION)

**Part A - REASON FOR APPEAL** Dear Central office this Appeal is in regards to Remedy # 777786,that I am mailing in regards to Remedy No. 77786-R1, because I have not received any responses, from the regional Offices I believe that one of the Prisons Staff members had taken it from the U.S. Postal mail within the Institution, However this remedy is in compliance with the adopted regulations that governs administrative appeals and torts/claims for inmate complaints 28 C.F.R. § 542.10 On March 28 2014 I asked that I be placed in Protective Custody and I was escorted to the SHU bt Lt. Ramey and staff wittness was Lt. Snyder and SIS Lt. Moore upon arriving at the SHU I was placed In a shower cell for 8½ hours without no toliet to use, and Then officers Pennmen,Officer Lots, Officer Hamblin and Several other Unknown officers watch offoicer Pennmen, Lots, & Hamblin, at the Supervision of Lt. Moore, and Lt. Ramey Put Cuffs on me from behind, and they forced me Into a cell after I told them that I did not want to be placed In That cell with Inmate Craddock See: **Attachment sheet:**

2-25-2015
DATE

Mr. Andrew Gross III
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAR 10 2015

Administrative Remedy Office
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 777786-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Exhibit (B)

SECOND BEATING, AT THE HANDS OF BUREAU of PRISONS STAFF,

BP-9 Administrative Remedy January 25, 2015

DEAR WARDEN, This Administrative Remedy is In Compliance with The adopTED regulations that govern administrative Appeals, and ToRT claims. For Inmate Complaints, 28 C.F.R. § 542.10 ON NOVEMBER 3, 2014. I was Forced out of Protective Custody By LT. MOORE & CASE MANAGER T. Royer and Counselor WASCOM, AND SIS LT. HUTSON & CMC Mr. Sykes and Warden CARAWAY. and Several other Unknown Prison Officials To F-2 UNIT, AND on November 4, 2014. Between The Hours of 6:Am & 8:Am, I WAS Brutally Beaten, By Inmate Darryl Dallas. DEAR Warden I begged, Your Staff NOT To Force me back Into GENeral Population, Because I am In Fear of my Life, Because I am a Out-custody Low-Level Inmate, Yet, Your Prison's CASE Managers all have Joined In a Conspiracy. In Together, To Jack up my Custody Points, over and over Again, why! DEAR Warden, why did your staff allow me To go back Into GENERAL Population against my will This is The Second Attempt & SENSeless BEATING That has happen To me, This Year, And I'm Tired of this shiTT. DEAR Warden, your BOP STAFF Failed To Take proper Procedure & Responsibility For Protecting me From Violence AT The hands of other Prisoners, This is A Conspiracy, and Assult & Battery on your Staff and NEGLIGENCE By your BOP STAFF, & Retaliation, and a first AmendmenT Violation Because your STAFF is Bogusly MANipulating my Custody Classification Points To keep me In Custody verses out Custody Placing my life In danger at The hands of other violenT Inmates, I am A OuT-Custody Low, Therefore, Please Urge Your Prison STAFF To CorrecT my Custody Points Back To The Points That, Mrs. Fredericks had Them and Redesignate me To OuT-Custody where I should be. On This 25 day of January 2015.

Respectfully Submitted

Mr. Andrew Gross ©

Exhibit (15)

BOP12 *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL * 03-25-2015
PAGE 002 OF 002 * FULL SCREEN FORMAT * 12:32:00

REGNO: 28240-039 NAME: GROSS, ANDREW
RSP OF...: THP UNT/LOC/DST: D/E QTR.: Z02-111L RCV OFC: THP
REMEDY ID: 777786-F1 SUB1: 34AS SUB2: DATE RCV: 05-02-2014
UNT RCV..:D/E QTR RCV.: Z03-206L FACL RCV: THP
UNT ORG..:D/E QTR ORG.: Z03-206L FACL ORG: THP
EVT FACL.: THP ACC LEV: THP 1 RESP DUE: THU 05-22-2014
ABSTRACT.: STAFF ALLIGATIONS/ ALLEGE STAFF ALLOWED HIS ASSAULT
STATUS DT: 05-13-2014 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 05-02-2014
REMARKS..:

1 REMEDY SUBMISSION(S) SELECTED
G0000 TRANSACTION SUCCESSFULLY COMPLETED

Rej WRL OTH
resubmit to regional level
w/copy of BP-9 + response

RME

Exhibit 16(D)

CAAAS 606.00 * MALE CUSTODY CLASSIFICATION FORM * 02-23-2016
PAGE 001 OF 001 13:56:33

(A) IDENTIFYING DATA

REG NO..: 28240-039 FORM DATE: 08-13-2015 ORG: CAA
NAME....: GROSS, ANDREW

MGTV: NONE
PUB SFTY: NONE MVED:

(B) BASE SCORING

DETAINER: (0) NONE SEVERITY.......: (1) LOW MOD
MOS REL.: 31 ← 22 months NOT 31 CRIM HIST SCORE: (10) 13 POINTS – (8) points NOT (10)
ESCAPES.: (3) < 5 YRS MINOR VIOLENCE.......: (5) < 5 YRS MINOR – (0) points NOT (5)
VOL SURR: (0) N/A AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

Bogus Escapes Charge

(C) CUSTODY SCORING

TIME SERVED.....: (5) 76-90% PROG PARTICIPAT: (0) POOR
LIVING SKILLS...: (0) POOR TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (1) 2-5 FAMILY/COMMUN..: (4) GOOD

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|---|---|---|---|---|---|---|---|
| +21 | +10 | +4 | +25 | HIGH | N/A | IN | INCREASE |

10 points Too high

I am out custody   not In custody

G0005 TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

Judge, Please bring me To Court so that I may show the Court and The Jury what these defendant's have done, In Terms of Munipulating my Custody Points PLEASE!

2:16-cv-11259-DML-DRG Doc # 1 Filed 04/05/16 Pg 13 of 16 Pg ID 13

EXHIBIT (E)

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) ~~Administrative Remedy Corridinator~~ | DATE: 3-11-2016 |
|---|---|
| FROM: Mr. Andrew GROSS III | REGISTER NO.: 28240-039 |
| WORK ASSIGNMENT: HAVAC | UNIT: E-2 222 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

(1) CAN you please Contact the Central Office and Ask them To Forward your office a Copy of my Central Office Administrative Remedy Appeal In Regards To Remedy #811393-R1" I NEED This Information To Show That I WAS not, charged With "Any" "Escape" and I would like my CASE manager To correct my Custody Points, Because it will be false Information In my Central files."

Sincerly
Mr. Andrew Gross III

(Do not write below this line)

DISPOSITION:

Please write to them directly.

| Signature Staff Member [signature] | Date 3/15/16 |
|---|---|

Record Copy - File; Copy - Inmate

PDF Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER **SECTION 6**

From: Mr. ANDREW Gross III
# 28240-039
UNITED STATES Penitentiary Canaan
P.O. Box 300
WAYMART, PA 18472

U.S. POSTAGE PAID
WAYMART, PA
18472
MAR 30, 16
AMOUNT
$0.00
R2305K138948-07

1000

48226

RECEIVED
APR - 5 2016
CLERK'S OFFICE
DETROIT

To: CLERK'S Office EDM-DETROIT
UNITED STATES DISTRICT Court for The
EASTERN District OF Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd 5th floor
DETROIT, Michigan 48226

"LEGAL MAIL" "LEGAL MAIL"

Date: 3/30/16

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither [illegible] question or problem [illegible] may wish to return the material for further [illegible] clarification

UPS [illegible]
P.O. Box 40[illegible]
Waymart, PA 18472

# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| **Case No.** 16-11259 **Judge:** David M. Lawson **Magistrate Judge:** David R. Grand | |
| **Name of 1st Listed Plaintiff/Petitioner:** Andrew Gross III | **Name of 1st Listed Defendant/Respondent:** Lt. Moore et al |
| **Inmate Number:** 28240-039 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:** U.S. Penitentiary - Canaan, P.O. Box 300, Waymart, PA 18472 | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   **Court:** ______
   **Case No:** ______
   **Judge:** ______

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   **Court:** ______
   **Case No:** ______
   **Judge:** ______